DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUSTAVO BOTELLO-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-0121 AWI |
|---|---|---|
| *Plaintiff,* | ) | |
| | ) | STIPULATION TO ADVANCE SENTENCING |
| v. | ) | HEARING; ORDER |
| | ) | |
| GUSTAVO BOTELLO-REYES, | ) | Date: September 6, 2011 |
| | ) | Time: 9:00 a.m. |
| *Defendant.* | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Gustavo Botello-Reyes, that the hearing currently set for September 19, 2011 at 9:00 a.m., **may be advanced and rescheduled to September 6, 2011, at 9:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for sentencing on September 6, 2011.

///

///

///

///

|  |  |
|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: August 24, 2011 | /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: August 24, 2011 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>GUSTAVO BOTELLO-REYES |

**ORDER**

IT IS SO ORDERED.

Dated: August 26, 2011

CHIEF UNITED STATES DISTRICT JUDGE